No. 25. ALTIERY *v.* PRADO.—Appeal from the District Court of Mayagüez. Decided May 21, 1906. Dismissed by the court on its own motion for failure to comply with Rule 54.

---

No. 14.—PEREIRA *v.* VILLAFAÑA ET AL.—Appeal from the District Court of Humacao. Decided May 21, 1906. Dismissed by the court on its own motion for failure to comply with Rule 54.

---

No. 21.—HERNÁNDEZ *v.* FLEYTAS ET AL.—Appeal from the District Court of Mayagüez. Decided May 21, 1906. Appeal dismissed by the court on its own motion for failure to comply with section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules.

---

No. 51. CRUZ *v.* AMERICAN RAILROAD Co. OF PORTO RICO.—Appeal from the District Court of San Juan. Decided June 6, 1906. Appeal dismissed for failure to comply with section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules. *Mr. Bosch* for appellant. *Mr. Díaz Navarro* for respondent.

---

No. 38. AVALO SÁNCHEZ *v.* ESTATE OF DÍAZ.—Appeal from the District Court of San Juan. Decided June 13, 1906. Appeal dismissed because the order appealed from was not appealable. *Mr. José de Guzmán Benítez* for appellant. *Mr. Hord* for respondent.